IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01181-RPM

MARANDA WORLEY

    Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY,

    Defendant.

---

ORDER GRANTING MOTION TO AMEND COMPLAINT

---

Upon review of Plaintiff's Unopposed Motion to Amend Complaint [11], filed on November 12, 2010, it is

ORDERED that the motion is granted and the first amended complaint attached thereto is accepted for filing.

DATED: November 15, 2010

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge