IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01181-RPM

MARANDA WORLEY

      Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY,

      Defendant.

_____

ORDER SETTING PRETRIAL CONFERENCE

_____

      The Court having determined that a pretrial conference should now be

scheduled, it is

      ORDERED that a pretrial conference is scheduled for **May 25, 2011, at 10:00**

**a.m.** in the Conference Room, Second Floor, the Byron White United States

Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with

the Instructions for Preparation and Submission of Final Pretrial Order which may be

found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial

Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.**

on **May 19, 2011.**  The conference is conducted with lead counsel present in person.

No parties or representatives of parties will be permitted to attend.

      DATED:  April 26th, 2011

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch, Senior District Judge