IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01181-RPM

MARANDA WORLEY

      Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY,

      Defendant.

---

ORDER GRANTING MOTION TO AMEND ANSWER

---

      Upon review of Defendant's Unopposed Motion to Amend Its Answer [25] filed April 27, 2011, it is

      ORDERED that the motion is granted and the First Amended Answer attached thereto is accepted for filing.

      DATED: April 28th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge