IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01181-RPM

MARANDA WORLEY

     Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY,

     Defendant.

---

ORDER SETTING TRIAL DATE

---

     Pursuant to the pretrial conference today, it is

     ORDERED that this matter is set for trial to jury on **October 3, 2011, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

     DATED: May 25th, 2011

                                     BY THE COURT:

                                     s/Richard P. Matsch

                                     _____
                                     Richard P. Matsch, Senior District Judge