IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-01181-RPM

MARANDA WORLEY,

    Plaintiff,

v.

GREAT- WEST LIFE & ANNUITY INSURANCE COMPANY,

    Defendant.

_____

ORDER
_____

    The Court, having reviewed Plaintiff's Motion to Withdraw her Second and Third Causes of Action based on Age Discrimination, Gender Discrimination and the part of her Retaliation claim that is based on her protected activity of complaining of age and gender discrimination, hereby GRANTS the motion with each party to pay its own costs and attorneys fees.

Dated: May 31st , 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge