IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01181-RPM-BNB

MARANDA WORLEY,

Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY,

Defendant.

_____

## ORDER
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before September 23, 2011, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated September 9, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge