IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01181-RPM

MARANDA WORLEY

    Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY,

    Defendant.

---

ORDER FOR DISMISSAL

---

Pursuant to the Stipulation for Dismissal with Prejudice [45] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED: September 28th, 2011

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge